UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUN 24 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: DEBRA DENISE PARKS; TERESA JEAN MOORE,<br><br>Debtors,<br>-----------------------------<br><br>TERESA JEAN MOORE,<br><br>Appellant,<br><br>v.<br><br>NANCY HOFFMEIER ZAMORA, Chapter 7 Trustee of the estate of Debra Denise Parks,<br><br>Appellee. | No. 08-56116<br>D.C. No. 2:08-cv-02526-VBF<br>         2:08-cv-04156-VBF<br>         2:08-cv-04158-VBF<br>Central District of California, Los Angeles<br><br>**MANDATE** |



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 24 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

The judgment of this Court, entered 06/01/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Rhonda Roberts
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

JUN 01 2009

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In the Matter of: DEBRA DENISE PARKS,<br><br>  Debtor.<br><br>---<br><br>TERESA JEAN MOORE,<br><br>  Appellant,<br><br>v.<br><br>NANCY HOFFMEIER ZAMORA,<br>Chapter 7 Trustee of the estate of Debra Denise Parks,<br><br>  Appellee. | No. 08-56116<br><br>D.C. Nos. 2:08-cv-02526-VBF<br>         2:08-cv-04156-VBF<br>         2:08-cv-04158-VBF<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

Before: LEAVY, McKEOWN and CALLAHAN, Circuit Judges.

We have reviewed the record and the responses to the court's January 12, 2009 order to show cause, and we *sua sponte* dismiss this appeal as moot. *See Focus Media, Inc. v. Nat'l Broadcasting Co. Inc. (In re Focus Media, Inc.)*, 378 F.3d 916, 922 (9th Cir. 2004); *Bennett v. Gemmill (In re Combined Metal Reduction Co.)*, 557 F.2d 179, 189 (9th Cir. 1977).

rb/MOATT

All pending motions are denied as moot.

**DISMISSED.**